UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL -3 PM 12: 08

CLERK

BY_____
DEPUTY CLERK

|  |  |
|---|---|
| ASHLEY TREMBLAY<br><br>                      Plaintiff,<br><br>        v.<br><br>JBS USA d/b/a Plumrose USA, Inc.<br><br>                      Defendants. | |

Civil Action No. 5:19-CU-115

### NOTICE OF REMOVAL

Please take notice that under 28 U.S.C. § 1441, Defendant Plumrose USA, Inc., ("Defendant") hereby removes the above-captioned civil action from the Vermont Superior Court, Franklin Unit, No. 221-6-19-FRCV to the United States District Court for the District of Vermont. The grounds for removal are as follows:

**A.     State Court Action.**

1.      This action was originally filed by Plaintiff Ashley Tremblay ("Plaintiff") on June 4, 2019, in the Franklin Unit of the Vermont Superior Court, assigned Case No. 221-6-19-FRCV. A copy of the Complaint, Summons and pleadings served by Plaintiff to Defendant are attached hereto as Exhibit A.

2.      Plaintiff alleges that Defendant unlawfully discriminated against her and sexually harassed her, in violation of Vermont's Fair Employment Practices Act, 21 V.S.A. § 495.

3.      Plaintiff has never been employed by Defendant JBS USA, LLC. Rather, she is a former employee of a temporary employment agency and was assigned to work for Plumrose USA, Inc., which is a Delaware corporation with its principal place of business located in Chicago, Illinois. Plumrose USA, Inc. operates a meat processing facility located in Swanton, Vermont, where Plaintiff was previously assigned to work by her temporary employment

agency.  Plaintiff has demanded a trial by jury.  Defendant has not yet filed an answer or otherwise responded to Plaintiff's Complaint.  Only JBS USA, LLC has been served with Plaintiff's Complaint.  Plumrose USA, Inc. is the correct Defendant and has not been served with Plaintiff's Complaint.

### B.  Diversity Jurisdiction and Venue.

4.  This action is removable under 28 U.S.C. § 1332.  Pursuant to § 1332, federal district courts have original jurisdiction over all actions where the alleged matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.  28 U.S.C. § 1332(a).  At both the time of the filing of the Complaint and this Removal, Plaintiff was and is a citizen of the state of Vermont.  At both the time of the filing of the Complaint and this Removal, Defendant Plumrose USA, Inc. was and continues to be a Delaware corporation with its principal place of business in Chicago, Illinois.  JBS USA, LLC is now known as JBS USA Lux. S.A., and is a foreign Societe anonyme and is wholly owned by JBS USA Holding Lux Sarl, which is a Luxemburg societe a responsabilite limitee.  Additionally, the amount in controversy exceeds the sum or value of $75,000.00 based on Plaintiff's requests for monetary damages and losses, punitive damages, compensatory damages for mental anguish and emotional distress, and attorneys' fees in the Complaint.  Therefore, this Court has jurisdiction under 28 U.S.C. §§ 1332 and 1441.

5.  Venue is proper in this Court because the action is being removed to the district court of the United States for the "district and division embracing the place where such action is pending," as required under 28 U.S.C. § 1441(a).

2

**C.    Timeliness of Removal.**

6.    This removal is timely.  Summons was issued by the Clerk of the Franklin Unit of the Vermont Superior Court on June 11, 2019, and JBS USA, LLC was served on June 13, 2019. No other defendants have been served at this time.  This Removal was filed within twenty (20) days of JBS USA, LLC's receipt of service and is therefore timely under 28 U.S.C. § 1446(b).

**D.    State Court Documents Attached.**

7.    In accordance with 28 U.S.C. §§ 1446(a), 1447(b) and 1449, a copy of all pleadings, process, and orders including other papers received by Defendant are attached hereto as Exhibits A.

**E.    Notice to State Court and Plaintiff.**

8.    Defendant will file a copy of this Notice of Removal with the Franklin Unit of the Vermont Superior Court pursuant to 28 U.S.C. § 1446(d) and will also provide written notice to the Plaintiff of the filing of this Notice of Removal.

WHEREFORE, Defendant prays that the United States District Court for the District of Vermont accepts this Notice of Removal, assumes jurisdiction of this cause, and issues such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

3

Dated at Burlington, Vermont this ___3rd___ day of ___July___ 2019.

By: _____

Shapleigh Smith, Jr., Esq.
DINSE
209 Battery Street
Burlington, VT  05401
802-864-5751
ssmith@dinse.com

*Counsel for Plumrose USA, Inc.*

4